PEOPLE *v.* EKOLA.

CRIMINAL LAW—APPEAL AND ERROR—RECORD.
  Upon a record which fails to show that respondent filed a motion for a new trial, or that the court was asked to give reasons for his decision thereon, and which omits the charge of the court, respondent may not review, on writ of error, the weight of the evidence or alleged errors in charging the jury.

Exceptions before sentence from Marquette; Flannigan, J. Submitted April 18, 1912. (Docket No. 124.) Decided May 3, 1912.

Gust Ekola was convicted of being accessory to the indecent exposure of the person of a patron of respondent's saloon. Affirmed.

*Frank A. Bell*, Prosecuting Attorney, and *M. J. Kennedy*, Assistant Prosecuting Attorney, for the people.

*A. W. Jurma*, for respondent.

MOORE, C. J. The respondent was convicted of lewd and lascivious behavior, and has brought the case here upon exceptions before sentence.

In his brief, counsel for respondent recite at considerable length the testimony for and against the respondent. He then proceeds to say that the court erred in refusing the respondent a new trial on the ground that the conviction was contrary to all the evidence in the case. The record nowhere shows the motion which was made for a new trial, nor does it show that the court was requested to file any reasons for overruling the motion if he did so, or that the judge filed any reasons for so doing. Counsel also quote a portion of the charge of the court and say:

" It should have been explained by the judge what preponderance of evidence means."

The record does not show the charge of the court, nor does it show whether the attention of the court was called to the present claim of counsel. This being the situation, we cannot say that any error was committed.

The action of the court below is affirmed, and the case remanded.

STEERE, McALVAY, BROOKE, BLAIR, STONE, and OSTRANDER, JJ., concurred. BIRD, J., did not sit.